# United States Court of Appeals
## For the First Circuit

---

No. 03-1123

SARAH FITZPATRICK MANDEL,

Plaintiff, Appellee,

v.

TOWN OF ORLEANS, ET AL.,

Defendants, Appellants.

---

ERRATA

The opinion of this court, issued on April 15, 2003, should be amended as follows:

On page 5, line 14, after "remain in effect.", add "<u>Mandel</u> v. <u>Town of Orleans</u>, 233 F. Supp. 2d 232, 239, 241 (D. Mass. 2002).".

On page 5, line 16, after "to its involvement.", add "<u>Id.</u> at 234.".